# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT L. BUSKER    &    Case Number: 04-73785
800 13TH AVE APT 234    SSN-xxx-xx-6468
MONROE, WI  53566

Case filed on:    7/27/2004
Plan Confirmed on:    9/24/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,775.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | ROBERT L. BUSKER | 0.00 | 0.00 | 75.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 75.00 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | APPLE RIVER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ASPIRE VISA | 584.40 | 584.40 | 120.16 | 0.00 |
| 004 | CAPITAL ONE | 1,925.77 | 1,925.77 | 395.93 | 0.00 |
| 005 | FLEET CREDIT CARD SERVICES | 1,572.85 | 1,572.85 | 323.36 | 0.00 |
| 006 | CREDIT CARD SERVICES | 1,211.30 | 1,211.30 | 249.03 | 0.00 |
| 007 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BRADLEY BUSKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 343.39 | 343.39 | 70.60 | 0.00 |
|  | Total Unsecured | 5,637.71 | 5,637.71 | 1,159.08 | 0.00 |
|  | Grand Total: | 7,001.71 | 7,001.71 | 2,598.08 | 0.00 |

Total Paid Claimant:    $2,598.08
Trustee Allowance:    $176.92
Percent Paid Unsecured:    20.56

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007    By  /s/Heather M. Fagan